Argued April 19, affirmed as modified and remanded
for the entry of an order consistent with this
opinion May 7; reconsideration denied June 12,
petition for review denied September 5, 1979

STATE OF OREGON, *Respondent,*
*v.*
MICHAEL ANDREW OLDS, *Appellant.*
(No. 2244-C, CA 10635)

594 P2d 436

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Robert C. Cannon, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Buttler and Joseph, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of murder under ORS 163.115. The trial court imposed a sentence of imprisonment for life which is made mandatory by ORS 163.115(5). In addition, the trial court attempted to impose mandatory minimums under ORS 163.105 and ORS 144.110. Both of these statutes were adopted by the 1977 legislature, and do not have retroactive application. *State v. Bussey,* 34 Or App 535, 579 P2d 264 (1978). The crime for which defendant was convicted took place prior to the effective date of the statutes. Therefore, the mandatory minimum provisions of the sentencing order cannot stand.

Affirmed as modified and remanded for the entry of an order consistent with this opinion.[1]

---

[1] We need not here reverse and remand for resentencing, because as noted above the life imprisonment is the only sentence which can be legally imposed.